# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KIM WILLARD,

     Plaintiff,                         Case No. 2:16-cv-12120

v.                                      Hon. Paul D. Borman

JACKSON COUNTY, a municipal corporation,
RYAN STEVENSON [sic], individual and official capacity,
GARY MCKESSY, individual and official capacity,
STEVEN P. RAND, individual and official capacity,
ROBERG [sic] VOGT, individual and official capacity,
MIKE COBURN, individual and official capacity,
DEPUTY FRENCH, individual and official capacity,
DEPUTY HUTTENLOCKER, individual and official capacity,
DEPUTY C. ALLEN, individual and official capacity,
DEPUTY KAKOWSKI, individual and official capacity,
JOHN/JANE DOES #1-10, individual and official capacity,

     Defendants.

_____/

## STIPULATION AND ORDER OF DISMISSAL

## STIPULATION

The parties hereby agree and stipulate that all remaining claims against all parties are dismissed with prejudice and without cost to either party.

Approved for entry:


Dated:  October 24, 2017     /s/ Karie H. Boylan_____
                                        Karie H. Boylan (P55468)
                                        Attorney for Plaintiff

Dated:  October 24, 2017          /s/ Andrew J. Brege_____
                                  Andrew J. Brege (P71474)
                                  Attorney for Defendants


## **ORDER**

This matter having come before the Court on the stipulation of the parties, and

the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that all remaining claims against all parties are

dismissed with prejudice and without cost to either party.


                                  s/Paul D. Borman_____
                                  Paul D. Borman
                                  United States District Judge

Dated: October 26, 2017